Case 16-18541-JNP    Doc 46    Filed 07/10/17    Entered 07/10/17 11:41:27    Desc Main

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

**Order Filed on July 10, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Angela R. Neilio

Case No.:     16-18541

Chapter:     13

Hearing Date:  N/A

Judge:     JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 10, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Angela R. Neilio

Case No.: 16-18541/JNP

Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Seymour Wasserstrum, Esq., the applicant, is allowed a fee of $900.00 for services rendered and expenses in the amount of $0.00 for a total of $900.00. The allowance shall be payable:

☒    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.