DISTRICT OF NEW JERSEY

In Re:

Angela R Neilio

Case No.: 16-18541

Chapter: 13

Judge: JNP

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __ANGELA R. NEILIO__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __October 7, 2021__

_Angela R. Neilio_
Debtor's Signature

**IMPORTANT:**